■ SYLVIA WEINSTEIN et al., Appellants, v. CHRIST VALUKIS, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order granting reconsideration of an application for a preference pursuant to rule 9 of the Kings County Supreme Court Rules as on reconsideration adhered to the original decision denying the application. Order modified by striking from the second ordering paragraph the words " the original decision is adhered to denying the said application for" and by adding at the end of said paragraph the words " is granted ". As so modified, order insofar as appealed from affirmed, without costs. In view of the verified bill of particulars, the affidavits of four physicians and the medical certificates of physicians in support of the application, and the nature of the medical certificate of a physician in opposition to the application, on reconsideration the application for a preference under rule 9 should have been granted (see, e.g., *Hocherman* v. *I. & G. Service Corp.*, 5 A D 2d 813). Nolan, P. J., Wenzel, Murphy and Ughetta, JJ., concur; Beldock, J., dissents and votes to affirm the order insofar as appealed from without modification.

■ DENNIS YANDOLI, an Infant, by His Guardian ad Litem, ROSE YANDOLI, et al., Appellants, v. PASQUALE PATRINA, Respondent.— In an action by an infant to recover damages for personal injuries and by his mother for medical expenses and loss of services, the appeal is from an order directing the infant appellant to submit to a physical examination (Civ. Prac. Act, § 306). Order reversed, without costs, and motion denied. In order to have justified the granting of the motion it should have satisfactorily appeared that respondent was ignorant of the nature and extent of the injuries complained of. There is no such showing on the part of respondent. To the contrary, an examination has been had at respondent's instance, and he does not claim that that examination has not fully apprised him of the nature of the claimed injuries. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.